IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-1169-AP**

**TERESA ZIRKELBACH,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

**KANE, J. ORDERS**

This matter is before the court on Plaintiff's Response to Order to Show Cause (doc. #6), filed December 12, 2008. The court notes that the letter attached to the response indicated that a "courtesy copy" was received by the Social Security Administration, not that service had been made. That same letter advises counsel to promptly complete service. Nonetheless, the Order to Show Cause is DISCHARGED.

The Unopposed Motion for Permission to Effect Service Out of Time (doc. #5), filed December 12, 2008, is GRANTED. Counsel is advised to fully complete service immediately, and to file the required documentation with the court demonstrating such service.

DATED at Denver, Colorado this 15th day of December, 2008.

                                                  BY THE COURT:

                                                  ***S/John L. Kane***

JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT