**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-01169-AP

TERESA ZIRKELBACH,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.    APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Francis K. Culkin<br>3801 E. Florida Ave.<br>Denver, CO 80210<br>303-830-1110<br>fculkinesq@aol.com | DAVID M. GAOUETTE<br>Acting United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>Debra J. Meachum<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-1570<br>(303) 844-0770 (facsimile)<br>debra.meachum@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A. **Date Complaint Was Filed:** 6/3/08
    B. **Date Complaint Was Served on U.S. Attorney's Office:** 12/24/08
    C. **Date Answer and Administrative Record Were Filed:** 2/13/09

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, the parties state that the record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7. OTHER MATTERS**

The parties state that there are no other matters.

**8. BRIEFING SCHEDULE**

    A. **Plaintiffs Opening Brief Due:** 4/13/09
    B. **Defendant's Response Brief Due:** 5/13/09
    C. **Plaintiffs Reply Brief (If Any) Due:** 5/28/09

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A. **Plaintiffs Statement:** Plaintiff does not request oral argument
    B. **Defendant's Statement:** Defendant does not request oral argument

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 9th day of March, 2009.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

s/Francis K. Culkin
Francis K. Culkin
3801 E. Florida Ave.
Denver, CO 80210
303-830-1110
fculkinesq@aol.com

For Defendant:

DAVID M. GAOUETTE
Acting United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

s/ Debra J. Meachum
Debra J. Meachum
Special Assistant U.S. Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-1570
Debra.meachum@ssa.gov