IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-1169-AP**

**TERESA ZIRKELBACH,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

       The Unopposed Motion for Extension of Time (doc. #14), filed March 23, 2009, is **GRANTED**. Opening brief is due April 27, 2009; response brief is due May 27, 2009; reply brief is due June 11, 2009.

Dated: March 24, 2009